AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

GARY L. CORBRAY,

      Petitioner,

            v.

RICHARD MORGAN,

      Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  CV-07-3029-FVS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard  and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Petitioner's motion [15] is DENIED with leave to renew if the court determines an evidentiary hearing is required in this case.  For the same reasons, IT IS ORDERED Petitioner's "Motion for Appointment of Investigator to Conduct Discovery and Evidence" [17] is DENIED.

IT IS ORDERED the Petition is DISMISSED without prejudice for failure to exhaust state court remedies.

September 11, 2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer

*(By) Deputy Clerk*

Cheryl Switzer